# EXHIBIT A

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☐ EEOC

Agency(ies) Charge No(s): **460-2021-03108**

and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Cristy N. Thomas Bunker | 8323812129 | 12/18/1967 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1214 Dart St. | Houston, Texas 77007 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Dow Chemical | +5000 | 2812288100 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1900 Tidal Road | Deer Park, Texas 77536 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

RECEIVED 10 DEC 2021 Houston District Office US EEOC

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☒ OTHER *(Specify)* Hostile Work Environment

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 12/13/2018 Latest: 07/21/2021

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

See Claimant's particulars attached hereto.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

9/09/21 [signature]

Date Charging Party Signature

NOTARY – *When necessary for State or Local Agency Requirements*

[signature]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

9/9/2021

NICHOLAS HERNANDEZ
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 7/16/2022
NOTARY ID 12985232-8

Cristy Thomas Bunker Particulars

1. I am a fifty-three-year-old female, (NP/PA), working in the Texas Gulf Coast Region's Occupational Health Service Centers (OH) for Dow Chemical, as the Houston Hub's Senior Health Service Manager (Leader). I was hired on June 18, 2018.

2. On February 24, 2021, during my 2020 annual performance review, I was unjustifiably placed on a Performance Improvement Plan by my director (People Leader (PL)), Dr. Suarez, (attended by his PL, Dr. Gibson) who have no knowledge of my day-to-day activity or management of my team. I have never received a verbal or written warning for a single reprimand and HR does not have any records supporting these allegations. I believe this was an act of discrimination against me based on my age.

3. During the performance review, Dr. Suarez was not able to provide examples to support allegation of my alleged poor communication in 2020, nor the alleged lack of teamwork, delegation, and prioritization efforts. Dr. Suarez and Dr. Gibson stated the referral reviews from my coworkers and peers are confidential. However, they failed to mention that I had 2 "positive" reviews posted in workday these were not even acknowledged in the review. The doctors repetitively stated, "no one has a good thing to say about you". My team RN's review was confidential. I met one on one with my RN to discuss and provided copy of my review to her. I contacted my other 5 peers who did not provide the requested review feedback in the business of their roles, I did confirm with each person I had not offended or been unprofessional at any time. Each person confirmed no information of concern had been sent to my people leader. The most common comment was "you have never had OH leadership support". My review also did not provide any examples with SMART goals (specific, measurable, achievable, reasonable, and time bound)

RECEIVED
10 DEC 2021
Houston District Office
US EEOC

4. Since I began working at DOW, I have little rapport with Dr. Suarez, the current People Leader. I had discussions with HR, Danny Negrotto, and Ethics, Laverne Thompson (retired from Dow), early 2019, regarding my concerns for group retaliation, or "mobbing" from Dr. Suarez and his Freeport team. No resolution or action was ever taken.

5. I reported my concerns of my unfair evaluation to HR on February 28, 2021, HR consulted Ethics who initiated an investigation. On April 19, 2021, investigator Kathleen Reder indicated that, "Dow has investigated this matter by speaking individually with you and others identified as either having participated in or possessing knowledge of the alleged events that gave rise to your concerns. Any additional information about the investigation and results are confidential and further details will not be disclosed." Late April 2021, Reder informed me (via phone) "You will continue to report to Dr. Suarez, your PL; You will respect him and understand his expectations as well as the expectations of OH". The details of the investigation where not disclosed to me and I still have to attend weekly one on one meetings with Dr. Suarez who was the main subject of my complaints.

6. Furthermore, the HHUB OH team was to implement an On-Call Matrix by January 25, 2021 (7 days after I returned from a FMLA/medical leave of absence). The deadline was extended for the HHUB into February due to HHUB site leadership halting the process, as the site was excluded from the Gulf Coast pilot. In February 2021, the matrix indicated my call would cover July 5th (July 4th Dow Holiday), Labor day,(September 6th), the week of Thanksgiving (Nov 25, 26 (Dow Holidays) and due to "every other Friday off (EOFO), Nov 24), and again for the week of Christmas (Dec 24, 25, and with Holiday and EOFO, Dec 22- 25). This is 6 of the 7 Dow Holidays in the last 6 months of 2021. OH employees do not receive compensation for taking call. I brought my concerns to a meeting, and it was construed as negativity and being resistant to change. Dow's "psychological safety" criteria is violated here (I cannot express opinion or concern without judgement) the meeting ended with Ashley Horak stating, "the schedules will stand". This was the only "On-Call" meeting Dr. Suarez attended, and he remained silent. I perceive this conduct as lacking "mutual respect", to myself and my family. And it feels like mobbing, a form of group (TXO = Dow Freeport) retaliation which I have expressed since December 2018. I believe Dow also has a policy for employees not covering back-to-back Holidays.

7. On May 5, 2021, I was told the one on one meetings were to coach Dr. Suarez (not provide support for me) and that they would be going over my job responsibilities. I was hired as an Health Service Manager; however, my job responsibilities are of Health Service Manager just like Ed Chapa and Ashley Horak who are in the Freeport site along Dr. Suarez. They are all 9-12 years younger than me, and Dr. Suarez treats Mr. Chapa and Ms. Horak considerably more favorably than me.

8. I received revised 2020 performance review on May 19, 2021, from Dr. Suarez, approved by corporate HR, which still alleges I have performance issues (review indicates communication, teamwork & delegation, and prioritizing - none of which have be addressed at time of incidents in 2020 or 2021. This was an unexpected, deflating 2020 review). A job description for core responsibilities was provided with specific role expectations, outside the core responsibility of Dow's midlevel's Health Service Manager's (HSM) job description, as well as my annual collaborative agreement. My job description is now individualized, stating "I am to review and collaborate ALL case management decisions with Dr. Suarez". My 2020 review does not indicate I have any **measurable** performance issue. None of the other midlevels are required to attend these retrainings. Amanda Jones, 9 years younger, (contract NP) was transitioned to a Dow NP HSM role by Dr. Suarez and Ashley. She did basic training with Nathan Britt, while I did "RETRAINING" with Ericka Pate.

9. I continue disciplinary action (punishment) through assignments (no mention of measurable improvement for subpar performance). EH&S OH Upper leadership (Mary Draves) approved and supported "retraining" of clinical skills in June 2021 at St. Charles Operations. Dr. Suarez does not require this of the younger employees. I have been the contention of gossip from the MD, 17 years younger than me, the PA's, Ashley, the newly appointed PL (without a job posting); she is 14 years younger, and Ed, 12 years younger than me. Now, after 3 years in the HSM role, I am to receive training on some OH roles and the various roles within the OH

RECEIVED
10 DEC 2021
Houston District Office
US EEOC

department. This process is humiliating and belittling in addition Dr. Suarez ask if I understand or have questions repetitively, as if I have an intellectual deficit.

10. Respondent discriminated against me based on my age and retaliated against me in violation of the Age Discrimination in Employment Act of 1967 (ADEA), as amended.

RECEIVED
10 DEC 2021
Houston District Office
US EEOC